

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: (212) 943-9080

**Lloyd R. Ambinder**
Partner
lambinder@vandallp.com

November 13, 2013

**VIA ECF**
Hon. Michael A. Shipp
United States District Judge
District of New Jersey
Martin Luther King, Jr. Federal Building, Courtroom 7W
50 Walnut Street
Newark, NJ 07101

      **RE:**    **Armando Perez, et al. v. Garden State Growers LLC, et al.**
              *Docket No.: 13-cv-05853 (MAS)(TJB)*

Dear Judge Shipp:

      This firm is counsel to the Plaintiffs in the above referenced wage and hour action. Plaintiffs write to advise the Court of their decision to voluntarily dismiss this action against all Defendants without prejudice or costs to any party. Plaintiffs have filed via ECF a stipulation of Voluntary Dismissal Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), which has been signed by all parties.

      Thank you for your time and consideration in this matter.

                                      Very truly yours,

                                      _____/s/_____
                                      Lloyd R. Ambinder, Esq.

cc: Robert P. Merenich, Esq. (via electronic mail)

LRA/jln