Lloyd Ambinder
Virginia & Ambinder, LLP
111 Broadway, Suite 1403
New York, New York 10006
Tel: (212) 943-9080
Fax: (212) 943-9082

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARMANDO PEREZ and ISAHAC SERNA MARTINEZ, individually and on behalf of all other persons similarly situated who were employed by GARDEN STATE GROWERS LLC and ROY DEN HOLLANDER, and/or any other entities affiliated with or controlled by GARDEN STATE GROWERS LLC and ROY DEN HOLLANDER,<br><br>Plaintiffs,<br><br>-against-<br><br>GARDEN STATE GROWERS LLC and ROY DEN HOLLANDER,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>3:13-cv-05853-MAS-TJB<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys that the above-captioned action, as against GARDEN STATE GROWERS LLC and ROY DEN HOLLANDER, is hereby voluntarily dismissed, without prejudice or costs to any party pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

VIRGINIA & AMBINDER, LLP

By: _____
Lloyd Ambinder, Esq.

*Attorney for Plaintiffs*
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080

Dated: 11/13/13

By: _____
Robert P. Merenich, Esq.

*Attorney for Defendant Garden State Growers and Roy den Hollander*
767 Shore Road
P.O. Box 296
Linwood, New Jersey 08221
(609) 927-7200

Dated: 11/13/13

So Ordered this 14th day of November, 2013